MILDRED A. FOTCH, Appellant, *v.* ADOLPHUS Y. ZOLLINGER et al., Doing Business under the Name of ZOLLINGER TRAILER COMPANY, Respondents, et al., Defendant. WALTER G. FOTCH, Appellant, *v.* ADOLPHUS Y. ZOLLINGER et al., Doing Business under the Name of ZOLLINGER TRAILER COMPANY, Respondents, et al., Defendant.

Submitted February 6, 1956; decided February 16, 1956.

*Burlew Hill* and *Arthur VD. Chamberlain* for motion.

*Lamb, Webster & Jordan* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution.